CERTUSVIEW TECHNOLOGIES, LLC, Plaintiff-Appellant

v.

S & N LOCATING SERVICES, LLC, S & N Communications, Inc., Defendants-Appellees

2016-2605

United States Court of Appeals, Federal Circuit.

August 11, 2017

THOMAS JOSEPH FRIEL, JR., Cooley LLP, San Francisco, CA, argued for plaintiff-appellant. Also represented by CHRISTOPHER C. CAMPBELL, Reston, VA; ANGELA CAMPBELL TARASI, JANNA FISCHER, JAMES P. BROGAN, ORION ARMON, Broomfield, CO.

DANIEL O'CONNOR, Baker & McKenzie LLP, Chicago, IL, argued for defendants-appellees. Also represented by MICHAEL A. DUFFY; ERIN M. CHOI, Dallas, TX.

(Wallach, Chen, and Hughes, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

C-CATION TECHNOLOGIES, LLC, Appellant

v.

ARRIS GROUP, INC., Cox Communications, Inc., Appellees

2016-2561

United States Court of Appeals, Federal Circuit.

August 11, 2017

WALTER E. HANLEY, JR., Andrews Kurth Kenyon LLP, New York, NY, argued for appellant. Also represented by ARMIN GHIAM, SHEILA MORTAZAVI.

ANDREW RYAN SOMMER, Winston & Strawn LLP, Washington, DC, argued for appellees. Appellee ARRIS Group, Inc. also represented by ERIC M. GOLDSTEIN; JONATHAN E. RETSKY, Chicago, IL.

MITCHELL G. STOCKWELL, Kilpatrick Townsend & Stockton LLP, Atlanta, GA, for appellee Cox Communications, Inc. Also represented by RICHARD W. GOLDSTUCKER, MICHAEL TURTON.

(Wallach, Chen, and Hughes, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**